# United States Court of Appeals
## For the First Circuit

---

No. 00-2454

FIRST STATE INSURANCE COMPANY,

Petitioner, Appellee,

v.

BANCO DE SEGUROS DEL ESTADO,

Respondent, Appellant.

---

ERRATA SHEET

The opinion of this Court issued on June 27, 2001, is amended as follows:

Page 2, line 24, should read: "On November 6, 1987 . . ."

Page 6, line 1, should read: "received any notice of arbitration from First State Ins. Co., . . ."

Page 8, line 13, should read: "notification in 1987 . . .".